

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

## No. 02-18-00340-CV

———————————————

MARIANNE C. MARRIOTT, Appellant

V.

KALEN T. DERMOTT AND CAITLIN DERMOTT, Appellees

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2017-004550-1

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Plaintiff-Appellant's Motion for Voluntary Dismissal of Her Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: May 2, 2019